# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# <u>Civil Cover Sheet</u>

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff(s):** **Kamin Health, LLC ; Precious Care Management, LLC**

**Defendant(s): 4D Global, LLC ; Chanie Gluck**

County of Residence: Outside the State of Arizona

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

Defendant's Atty(s):

**Ruth Carter (** Kamin Health, LLC ; Precious Care Management, LLC **)**
**Venjuris, P.C.**
**1938 E. Osborn Rd.**
**Phoenix, Arizona  85016**
**6026319100**

**John Mascari (** Kamin Health, LLC ; Precious Care Management, LLC **)**
**Venjuris, P.C.**
**1938 E. Osborn Rd.**
**Phoenix, Arizona  85016**
**6026319100**

---

<u>II. Basis of Jurisdiction</u>:          **4. Diversity (complete item III)**

<u>III. Citizenship of Principal Parties</u> **(Diversity Cases Only)**

Plaintiff:- **2 Citizen of Another State**

Defendant:- **1 Citizen of This State**

<u>IV. Origin</u> :          **1. Original Proceeding**

<u>V. Nature of Suit</u>:          **140 Negotiable Instrument**

<u>VI.Cause of Action</u>:          **28 U.S.C. § 1332 Diversity jurisdiction over breach of contract matter**

## VII. Requested in Complaint

Class Action: **No**

Dollar Demand: **10,526,000**

Jury Demand: **Yes**

## VIII. This case **is not related** to another case.

---

**Signature:** <u>**Ruth Carter**</u>

**Date:** <u>7/26/2023</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014